UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

                  Plaintiffs,

-against-

BEN BIEBER D/B/A BWENNNY
D/B/A SDLKSDL65 D/B/A SPYDERM8R66
BGENSPRINT D/B/A THOMAS CHOO
AND JOHN DOES NOS. 1-5,

                  Defendants.
- - - - - - - - - - - - - - - - - - -x

JUDGE McMAHON

07 CV. 11126

RECEIVED DEC 10 2007 U.S.D.C. S.D.N.Y. CASHIERS

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff Pearson Education, Inc., certifies that it is an indirect wholly owned subsidiary of Pearson plc, a U.K. company which is publicly traded on the London Stock Exchange and which trades American Depository Shares on the New York Stock Exchange, each representative of one ordinary share of Pearson plc stock. Pearson Education, Inc., also certifies that it has the following indirect corporate affiliates that have securities or other interests that are publicly held and which are traded on

the exchanges indicated: Data Broadcasting Corporation (NYSE); MarketWatch.com, Inc. (Nasdaq); Recoletos Groupo de Comunicacion SA (Stuttgart, Madrid, Berlin, Munich, Frankfurt and Xerta).

DATE: 12/7/07

_William Dunnegan_
SIGNATURE OF ATTORNEY