UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

                        Plaintiffs,

    -against-

BEN BIEBER D/B/A BWENNNY
D/B/A SDLKSDL65 D/B/A SPYDERM8R66
BGENSPRINT D/B/A THOMAS CHOO
AND JOHN DOES NOS. 1-5,

                        Defendants.

- - - - - - - - - - - - - - - - - - -x



07 Civ. 11126

JUDGE McMAHON

RECEIVED DEC 10 2007 U.S.D.C. S.D. N.Y. CASHIERS

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 12/7/07

William Dunnegan
SIGNATURE OF ATTORNEY