```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,            :
JOHN WILEY & SONS, INC., AND
THE MCGRAW-HILL COMPANIES, INC.,    :

                    Plaintiffs,     :

        -against-                   :     07 Civ. 11126 (CM)

BEN BIEBER D/B/A BWENNNY             :
D/B/A SDLKSDL65 D/B/A SPYDERM8R66
BGENSPRINT D/B/A THOMAS CHOO        :
AND JOHN DOES NOS. 1-5,
                                    :
                    Defendants.
                                    :
- - - - - - - - - - - - - - - - - - -x
```

[Stamp: RECEIVED FEB 27 2008 U.S.D.C. S.D.N.Y. CASHIERS]

## AMENDED COMPLAINT

Plaintiffs Pearson Education, Inc. ("Pearson"), John Wiley & Sons, Inc. ("Wiley") and The McGraw-Hill Companies, Inc. ("McGraw-Hill"), by their undersigned attorneys, for their amended complaint against defendants Ben Bieber d/b/a Bwennny d/b/a Sdlksdl65 d/b/a Spyderm8r66 d/b/a Bgensprint d/b/a Thomas Choo and John Does Nos. 1-5, aver:

### Nature of the Action

1.  Plaintiffs are bringing this action to obtain legal and equitable relief to remedy defendants' infringement of plaintiffs' copyrights and trademarks through their sales of electronic copies of instructors' solutions manuals.

## Jurisdiction and Venue

2. This Court has subject matter jurisdiction over the first three claims in this action pursuant to 28 U.S.C. §§ 1331 and 1338 because they arise under the Copyright Act, 17 U.S.C. § 101 et seq. or the Lanham Act, 15 U.S.C. § 1051 et seq. This Court has subject matter jurisdiction over the fourth claim in this action pursuant to 28 U.S.C. § 1367 because it is so related to the claims within the original jurisdiction of this Court that they form part of the same case or controversy within the meaning of Article III of the United States Constitution.

3. Upon information and belief, venue is proper in this District pursuant to 28 U.S.C. § 1391.

## Parties

4. Pearson is a corporation organized and existing under the laws of State of Delaware with its principal place of business at One Lake Street, Upper Saddle River, New Jersey 07458.

5. Wiley is a corporation organized and existing under the laws of the State of New York with its principal place of business at 111 River Street, Hoboken, New Jersey 07030.

6. McGraw-Hill is a corporation organized and existing under the laws of the State of New York with its principal place of business at 1221 Avenue of the Americas, New York, New York 10020.

7.  Defendant Ben Bieber d/b/a Bwennny d/b/a Sdlksdl65 d/b/a Spyderm8r66 d/b/a Bgensprint d/b/a Thomas Choo is a natural person residing at 13289 Henning Circle NE, Prior Lake, Minnesota, 55372.

8.  Upon information and belief, defendants John Does Nos. 1-5 are natural persons whose identities are presently unknown to plaintiffs.

### The Business of Plaintiffs

9.  Each plaintiff publishes a variety of works, including educational books.

10.  As a standard practice, each plaintiff requires its authors to assign the copyrights to them or grant them the exclusive rights of reproduction and distribution in the United States.  This practice enables each plaintiff to maximize the dissemination of each work.

11.  Plaintiffs invest significant monies to publish their copyrighted works.  Plaintiffs, for example, make substantial investments in royalties, content creation, licensing, copyediting, proofreading, typesetting, layout, printing, binding, distribution, and promotion.

12.  Plaintiffs earn a substantial portion of their revenue from the publication of their copyrighted works and would suffer serious financial injury if their copyrights were not enforced.  A substantial decline in their income could cause

plaintiffs to cease publishing one or more deserving books or journals. This would adversely impact the creation of new works, scholarly endeavor, and scientific progress.

13. An important part of plaintiffs' business is derived from publishing college textbooks. College professors select textbooks from competing publishers based on the pedagogical value and the quality of supplementary materials.

14. Instructors' solutions manuals are important supplementary materials. Professors use instructors' solutions manuals to aid in grading homework. Students, however, use instructors' solutions manuals to cheat. Professors are less likely to select a textbook if the instructors' solutions manuals are freely and/or widely available. Accordingly, plaintiffs do not sell their instructors' solutions manuals, and tightly control their distribution to known faculty.

15. Plaintiffs routinely register their copyrights. Pearson has generally registered its copyrights in its works (the "Pearson Copyrights") including those identified on Schedule A. Wiley has generally registered its copyrights in its works (the "Wiley Copyrights") including those identified on Schedule B. McGraw-Hill has generally registered its copyrights in its works (the "McGraw-Hill Copyrights") including those identified on Schedule C.

16. Plaintiffs also own, themselves or through their parent or affiliate companies, trademarks that they use to differentiate their products from those of their competitors.

17. Pearson PLC, Pearson's ultimate parent company, is the owner of and Pearson is an exclusive licensee of, with the accompanying right and duty to protect and enforce Pearson's rights therein, the well-known trademarks "Pearson," "Pearson Education" and "Prentice Hall." Pearson Education, Inc. is the direct holder of the well-known trademark "Benjamin Cummings" (the "Pearson Trademarks"). The United States Registrations for the Pearson Trademarks are identified on Schedule D.

18. Among Wiley's well-known trademarks are "John Wiley & Sons," "Wiley," and the "John Wiley Colophon" (the "Wiley Trademarks"). The United States Registrations for the Wiley Trademarks are identified on Schedule E.

19. Among McGraw-Hill's well-known trademarks are "McGraw Hill," "The McGraw-Hill Companies" and "Irwin" (the "McGraw-Hill Trademarks"). The United States Registrations for the McGraw-Hill Trademarks are identified on Schedule F.

### The Infringing Acts of Defendants

20. Defendants have without permission reproduced and sold copies of plaintiffs' works, including works containing the Pearson, Wiley, or McGraw-Hill Trademarks. Specifically, defendants have reproduced and sold electronic copies of

plaintiffs' instructors' solutions manuals through online sales at websites such as www.Craigslist.com, www.Chegg.com, www.Talkaboutscience.com, www.Foxdata.com, www.sparknotes.com using the email addresses bwennny@hotmail.com, bwennny@gmail.com, and bgensprint@aol.com.

FIRST CLAIM FOR RELIEF
(Copyright Infringement - 17 U.S.C. § 501)

21. Plaintiffs repeat the averments contained in paragraphs 1 through 20 as if set forth in full.

22. Pearson has received United States Certificates of Copyright Registration for the Pearson Copyrights.

23. Wiley has received the United States Certificates of Copyright Registration for the Wiley Copyrights.

24. McGraw-Hill has received United States Certificates of Copyright Registration for the McGraw-Hill Copyrights.

25. The Pearson, Wiley and McGraw-Hill Copyrights are valid and enforceable.

26. Defendants have infringed the Pearson, Wiley and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501.

27. Defendants' acts have irreparably damaged and, unless enjoined, will continue to irreparably damage plaintiffs. Plaintiffs have no adequate remedy at law for these wrongs and injuries. Plaintiffs are, therefore, entitled to a preliminary

and permanent injunction restraining and enjoining defendants and their agents, servants, employees, and attorneys and all persons acting in concert with them, from infringing the Pearson, Wiley and McGraw-Hill Copyrights.

28. Defendants have willfully infringed the Pearson, Wiley and McGraw-Hill Copyrights.

29. Plaintiffs are entitled to recover all damages sustained as a result of defendants' unlawful conduct including (1) defendants' profits, or (2) plaintiffs' damages, or alternatively (3) statutory damages.

SECOND CLAIM FOR RELIEF
(Trademark Infringement - 15 U.S.C. § 1114(a))

30. Plaintiffs repeat the averments contained in paragraphs 1 through 29 above as if set forth in full.

31. Pearson is the exclusive licensee of the Pearson Trademarks, with the accompanying right and duty to protect and enforce Pearson's rights therein. Pearson's licensor parent and affiliate companies have obtained numerous United States Trademark Registrations for the Pearson Trademarks.

32. Wiley owns the Wiley Trademarks, for which it has obtained numerous United States Trademark Registrations.

33. McGraw-Hill owns the McGraw-Hill Trademarks, for which it has obtained United States Trademark Registrations.

34. The Pearson, Wiley and McGraw-Hill Trademarks are valid and enforceable.

35. Defendants have infringed the Pearson, Wiley and McGraw-Hill Trademarks in violation of 15 U.S.C. § 1114(a) by using them, upon information and belief, on and/or in connection with the works that they have sold.

36. Defendants' acts complained of herein have irreparably damaged plaintiffs and may continue to do so. The damage to plaintiffs includes harm to their good-will and reputation in the marketplace for which money cannot compensate. Plaintiffs have no adequate remedy at law for these wrongs. Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants, their agents, servants, employees, and attorneys and all persons acting in concert with them from using the Pearson, Wiley and McGraw-Hill Trademarks or any colorable imitation of them.

37. Defendants have willfully infringed the Pearson, Wiley and McGraw-Hill Trademarks.

38. Plaintiffs are entitled to recover (1) defendants' profits from the infringing works, (2) plaintiffs' damages, (3) the costs of the suit, and (4) reasonable attorneys' fees.

THIRD CLAIM FOR RELIEF
(Trademark Counterfeiting – 15 U.S.C. § 1117)

39. Plaintiffs repeat the averments contained in paragraphs 1 through 38 above as if set forth in full.

40. In connection with the sale of their unlawfully reproduced instructors' solutions manuals, defendants have used,

upon information and belief, counterfeits of the Pearson, Wiley and McGraw-Hill Trademarks.

41. Based upon defendants' use of the counterfeit marks in connection with the sale of the unlawfully reproduced works, plaintiffs are entitled to treble damages, and/or statutory damages pursuant to 15 U.S.C. § 1117(b) and (c).

FOURTH CLAIM FOR RELIEF
(Common Law Unfair Competition)

42. Plaintiffs repeat the averments contained in paragraphs 1 through 41 above as if set forth in full.

43. Defendants' acts complained of herein have damaged and may continue to damage plaintiffs irreparably. The damage to plaintiffs includes harm to their goodwill and reputation in the marketplace for which money cannot compensate. Plaintiffs have no adequate remedy at law for these wrongs and injuries. Plaintiffs are, therefore, entitled to a preliminary and permanent injunction restraining and enjoining defendants, their agents, servants, employees, and attorneys and all persons acting in concert with them from using the Pearson, Wiley and McGraw-Hill Trademarks or any colorable imitation of them, to restitution of defendants' ill-gotten gains, and to punitive damages in an amount to be determined by the trier of fact in this action.

WHEREFORE, plaintiffs demand judgment:

A.     Preliminarily and permanently enjoining defendants, their agents, servants, employees, and attorneys and all those acting in concert with them from infringing the Pearson, Wiley and McGraw-Hill Copyrights in violation of 17 U.S.C. § 501;

B.     Awarding plaintiffs their damages or defendants' profits, or alternatively, at plaintiffs' election, statutory damages, as a result of defendants' willfull infringement of the Pearson, Wiley and McGraw-Hill Copyrights;

C.     Preliminarily and permanently enjoining defendants, their agents, servants, employees, and attorneys and all those acting in concert with them from infringing the Pearson, Wiley and McGraw-Hill Trademarks in violation of 15 U.S.C. § 1114(a);

D.     Awarding plaintiffs their damages and/or defendants' profits from their willful infringement and/or counterfeiting of the Pearson, Wiley and McGraw-Hill Trademarks pursuant to 15 U.S.C. § 1117(a);

E.     Awarding plaintiffs treble damages, treble profits and/or statutory damages pursuant to 15 U.S.C. § 1117(b) and (c);

F.     Directing that defendants engage in such

additional activities, including, but not limited to, recalls of products and corrective advertising, as may be necessary and appropriate to mitigate the damage defendants have caused;

 G. Awarding plaintiffs their costs in this action, including their reasonable attorneys' fees pursuant 17 U.S.C. § 505 and 15 U.S.C. § 1117;

 H. Awarding plaintiffs punitive damages in an amount to be determined by the trier of fact in this action; and

 I. Granting such other and further relief as to this Court seems just and proper.

Dated: New York, New York
    February 27, 2008

          DUNNEGAN LLC

          By *[signature]*
          William Dunnegan (WD9316)
          Megan L. Martin (MM4396)
         Attorneys for Plaintiffs
          Pearson Education, Inc.,
          John Wiley & Sons, Inc. and
          The McGraw-Hill Companies, Inc.
         350 Fifth Avenue
         New York, New York 10118
         (212) 332-8300

Schedule A
"Pearson Copyrights"

<u>Title</u>      (<u>Date of Registration</u>)    (<u>Registration #</u>)

1. A First Course in Probability, 7th edition (January 17, 2006) (TX-6-304-470)
2. An Introduction to Database Systems, 8th edition (September 8, 2003) (TX-5-814-575)
3. Applied Numerical Analysis, 7th edition (August 15, 2003) (TX-5-832-443)
4. Applied Strength of Materials, 4th edition (July 11, 2001) (TX-5-355-806)
5. C++ How to Program, 3rd edition (January 5, 2001) (TX5-211-083)
6. Communication Systems Engineering, 2nd edition (September 26, 2001) (TX5-441-572)
7. Computer Networking: A Top-Down Approach Featuring the Internet, 2nd edition (August 14, 2002) (TX-5-589-429)
8. Computer Networks, 4th edition (September 5, 2002) (TX-5-619-281)
9. Digital Communications: Fundamentals and Applications, 2nd edition (April 25, 2005) (TX6-116-972)
10. Digital Image Processing, 2nd edition (November 27, 2001) (TX5-460-560)
11. Digital Integrated Circuits: A Design Perspective, 2nd edition (February 4, 2003) (TX-5-677-564)
12. Introduction to Digital Signal Processing: Principles Algorithms Applications, 1st edition (April 22, 1988) (TX-2-300-322)
13. Discrete-Time Signal Processing, 2nd edition (April 25, 2005) (TX6-116-972)
14. Econometric Analysis, 5th edition (September 27, 2002) (TX-5-618-734)
15. Electric Circuits, 7th edition (November 30, 2006) (TX-6-480-516)
16. Electrical Engineering Principles and Applications, 4th edition (June 15, 2007) (TX6-592-738)
17. Electronics, 2nd edition (October 4, 1999) (TX-5-065-772)
18. Engineering Mechanics Dynamics, 10th edition (October 15, 2003) (TX5-822-859)
19. Engineering Mechanics Statics and Dynamics, 11th edition (October 6, 2006) (TX-6-440-912)
20. Engineering Mechanics Dynamics, 4th edition (October 1, 2004) (TX6-049-376)
21. Engineering Mechanics Statics, 10th edition (September 11, 2003) (TX5-819-119)

22. Engineering Mechanics Statics, 4th edition (October 1, 2004) (TX6-049-376)
23. Feedback Control of Dynamic Systems, 4th edition (January 15, 2002) (TX5-475-773)
24. Fundamentals of Differential Equations, 4th edition (September 11, 2003) (TX5-800-226)
25. Gas Dynamics, 2nd edition (April 16, 1984) (TX1-323-752)
26. Introduction to Electrodynamics, 3rd edition (March 25, 1999) (TX-4-950-391)
27. Introduction to Quantum Mechanics, 2nd edition (May 4, 2004) (TX5-959-250)
28. Linear Algebra and Its Applications, 3rd edition (July 22, 2004) (TX-6-005-808)
29. Logic and Computer Design Fundamentals, 2nd edition (October 20, 1999) (TX5-057-506)
30. Mechanics of Materials, 6th edition (Jan. 17, 2006) (TX6-288-609)
31. Microwave Transistor Amplifiers: Analysis and Design, 2nd edition (November 19, 1996) (TX4-413-340)
32. Modern Control Engineering, 3rd edition (June 2, 1997) (TX-4-542-404)
33. Modern Control Systems (April 21, 1986) (TX1-806-643)
34. Physics for Scientists and Engineers with Modern Physics, 3rd edition (June 20, 2000) (TX-5-249-338)
35. Physics for Scientists and Engineers with Modern Physics: A Strategic Approach, 1st edition (March 3, 2004) (TX5-920-354)
36. Physics: Principles with Applications, Vol. I 6th edition (April 16, 2004) (TX5-961-576)
37. Semiconductor Device Fundamentals, 1st edition (February 28, 1996) (TX-4-201-811)
38. Signals and Systems, 2nd edition (January 10, 1997) (TX-4-445-749)
39. Signals, Systems and Transforms, 3rd edition (October 15, 2002) (TX-5-622-947)
40. Solid State Electronic Device, 5th edition (January 6, 2000) (TX-5-113-596)
41. Structural Analysis, 5th edition (January 15, 2002) (TX-5-436-456)
42. Structural Analysis, 6th edition (June 13, 2005) (TX-6-191-855)
43. System Dynamics, 3rd edition (December 2, 1997) (TX-4-674-034)
44. The C Programming Language, 2nd edition (June 17, 1988) (TX-2-341-624)
45. Thomas' Calculus: Early Transcendentals, 10th edition (February 4, 2003) (TX-5-680-128)
46. University Physics with Modern Physics, 11th edition (September 10, 2003) (TX5-796-468)
47. Vector Calculus, 3rd edition (April 7, 2005) (TX6-148-565)

48. Wireless Communications: Principles and Practice, 2nd edition (January 15, 2002) (TX-5-475-667)

Schedule B
"Wiley Copyrights"

<u>Title</u> (<u>Date of Registration</u>) (<u>Registration #</u>)

1. Advanced Engineering Mathematics, Eighth Edition (August 28, 2003) (TX-5-784-074)
2. Advanced Engineering Mathematics, Ninth Edition (December 19, 2005) (TX-6-287-796)
3. Analysis and Design of Analog Integrated Circuits, Fourth Edition (April 30, 2001) (TX-5-377-540)
4. Applied Statistics and Probability for Engineers, Third Edition (November 12, 2002) (TX-5-612-548)
5. Basic Engineering Circuit Analysis, Seventh Edition (April 19, 2004) (TX-5-973-105)
6. Chemical and Engineering Thermodynamics, Third Edition (September 11, 1998) (TX-4-852-935)
7. Classical Electrodynamics (August 5, 1998) (TX-4-828-741)
8. Communication Systems, Fourth Edition (June 9, 2000) (TX-5-230-210)
9. Control Systems Engineering, Fourth Edition (October 3, 2003) (TX-5-800-945)
10. Design and Analysis of Experiments, Sixth Edition (February 18, 2005) (TX-6-120-647)
11. Elementary Differential Equations and Boundary Value Problems, Seventh Edition (August 25, 2000) (TX-5-257-588)
12. Elementary Differential Equations and Boundary Value Problems, Eighth Edition (June 7, 2004) (TX-5-981-457)
13. Elements of Information Theory (January 29, 1992) (TX-3-239-762)
14. Engineering Fluid Mechanics, Seventh Edition (January 2, 2001) (TX-5-327-699)
15. Engineering Fluid Mechanics, Eighth Edition (February 10, 2005) (TX-6-120-490)
16. Engineering Mechanics: Dynamics, Fifth Edition (November 8, 2001) (TX-5-539-471)
17. Engineering Mechanics: Statics, Fourth Edition (March 5, 1997) (TX-4-489-383)
18. Engineering Mechanics: Statics, Fifth Edition (February 28, 2002) (TX-5-461-761)
19. Fundamentals of Fluid Mechanics, Third Edition (November 5, 1997) (TX-4-665-652)
20. Fundamentals of Fluid Mechanics, Fourth Edition (February 15, 2002) (TX-5-487-398)
21. Fundamentals of Fluid Mechanics, Fifth Edition (May 2, 2005) (TX-6-169-180)
22. Fundamentals of Heat and Mass Transfer, Fifth Edition (October 25, 2001) (TX-5-457-784)

15

23. Fundamentals of Machine Component Design, Third Edition (March 27, 2003) (TX-5-752-683)
24. Fundamentals of Machine Component Design, Fourth Edition (September 8, 2005) (TX-6-213-219)
25. Fundamentals of Physics: Part 1, Seventh Edition (February 4, 2004) (TX-5-914-662)
26. Fundamentals of Physics: Part 2, Seventh Edition (February 18, 2004) (TX-5-914-834)
27. Fundamentals of Physics: Part 3, Seventh Edition (May 7, 2004) (TX-5-960-569)
28. Fundamentals of Physics: Part 4, Seventh Edition (July 2, 2004) (TX-5-991-938)
29. Fundamentals of Physics: Part 5, Seventh Edition (July 16, 2004) (TX-6-002-242)
30. Fundamentals of Thermodynamics, Sixth Edition (November 12, 2002) (TX-5-612-550)
31. Introduction to Electric Circuits, Sixth Edition (August 15, 2003) (TX-5-807-740)
32. Introduction to Fluid Mechanics, Fifth Edition (October 23, 1998) (TX-4-843-215)
33. Introduction to Fluid Mechanics, Sixth Edition (August 12, 2003) (TX-5-783-343)
34. Materials and Processes in Manufacturing, Ninth Edition Update (February 20, 2004) (TX-5-875-263)
35. Materials Science and Engineering: An Introduction, Sixth Edition (October 7, 2003) (TX-5-804-687)
36. Materials Science and Engineering: An Introduction, Seventh Edition (June 19, 2006) (TX-6-405-304)
37. Microwave and RF Design of Wireless Systems (January 10, 2001) (TX-5-329-551)
38. Microwave Engineering, Second Edition (October 31, 1997) (TX-4-663-515)
39. Microwave Engineering, Third Edition (March 12, 2004) (TX-5-939-958)
40. Operating Systems Concepts, Seventh Edition (February 17, 2005) (TX-6-160-089)
41. Principles of Communications: Systems, Modulation and Noise, Fifth Edition (TX-5-444-005) (October 25, 2001)
42. Signals and Systems, Second Edition (September 19, 2002) (TX-5-653-714)

Schedule C
"McGraw-Hill Copyrights"

<u>Title</u>   (<u>Date of Registration</u>)   (<u>Registration #</u>)

1. Digital Communications, 4th Edition, (TX-5-266 506)(5/9/2000)
2. Digital Signal Processing: A Computer-based Approach, 1st Edition, (TX-4-713-026) (2/10/1998)
3. Electric Machinery (TX-5-648-170) (12/12/2002)
4. Thermodynamics: an engineering approach, (TX-5-473-166) (10/17/2001)
5. Power System Analysis (TX-3-815-506) (2/25/1994)
6. Advanced Macroeconomics (TX-5-340-005) (1/2/2001)

Schedule D
"Pearson Trademarks"

| U.S. Trademark | Registration Number | Class |
|---|---|---|
| 1. "Pearson" | 2,599,724 | 009, 016, 035, 042 |
| 2. "Pearson" | 2,600,081 | 041 |
| 3. "Pearson" | 2,652,792 | 009, 016 |
| 4. "Pearson" | 2,679,355 | 016 |
| 5. "Pearson" | 2,691,830 | 041 |
| 6. "Pearson" | 2,694,359 | 009 |
| 7. "Prentice-Hall" | 1,332,044 | 016 |
| 8. "Prentice-Hall" | 1,332,639 | 042 |
| 9. "Prentice-Hall" | 1,375,654 | 009 |
| 10. "Addison Wesley" | 2,188,798 | 016 |
| 11. "Addison-Wesley" | 2,400,130 | 016 |
| 12. "Benjamin Cummings" | 2,674,589 | 016 |
| 13. "Benjamin Cummings" | 2,671,773 | 041 |
| 14. "Benjamin Cummings" | 2,671,772 | 041 |
| 15. "Benjamin Cummings" | 2,621,299 | 016 |
| 16. "Benjamin Cummings" | 1,189,279 | 016 |

Schedule E
"Wiley Trademarks"

|   | U.S. Trademark | Registration Number | Class |
|---|---|---|---|
| 1. | "JW" Colophon | 2,168,941 | 009, 042 |
| 2. | "Wiley" | 1,003,988 | 009, 016, 036, 038 |
| 3. | "Wiley" | 2,159,987 | 009, 042 |

Schedule F
"McGraw-Hill Trademarks"

| U.S. Trademark | Registration Number | Class |
| --- | --- | --- |
| 1. "McGraw-Hill" | 1,350,345 | 16 |
| 2. "McGraw-Hill" | 2,899,528 | 16, 41 |
| 3. "The McGraw-Hill Companies" | 3,103,212 | 9,16,35,36,37, 38,39,40,41,42 |
| 4. "Irwin" | 1,718,118 | 16 |