UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Pearson Education, Inc., et al,

            Plaintiff(s),            07 Civ 11126 (CM) (DCF)

   -against-

Ben Bieber, et al,                     CALENDAR NOTICE

            Defendant(s).
-------------------------------------------------------X

Please take notice that the above captioned matter has been **scheduled** for:

| | | |
|---|---|---|
| ___ Pre-trial Conference | ___ Status Conference | ___ Oral argument |
| ___ Settlement conference | ___ Plea Hearing | (Bankruptcy Appeal) |
| _✓_ Rule (16) conference | ___ Final pre-trial conference | |
| _✓_ Telephone Conference | ___ Jury Selection and Trial | |
| ___ Non-Jury Trial | ___ Inquest | |

**before the Honorable Colleen McMahon, United States District Judge, on Monday, March 17, 2008 at 10:15 a.m.** in Courtroom 21B, U. S. District Court, 500 Pearl Street, New York, New York 10007.

Any scheduling difficulties must be brought to the attention of the Court in writing and faxed to Chambers at (212) 805-6326.

Dated: March 14, 2008
       New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/08

So Ordered

_____
Colleen McMahon, U.S.D.J