McMahon, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,                :
JOHN WILEY & SONS, INC., AND
THE MCGRAW-HILL COMPANIES, INC.,        :

                    Plaintiffs,         :

        -against-                       :       07 Civ. 11126 (CM)

BEN BIEBER D/B/A BWENNNY                :
D/B/A SDLKSDL65 D/B/A SPYDERM8R66
BGENSPRINT D/B/A THOMAS CHOO            :
AND JOHN DOES NOS. 1-5,
                                        :
                    Defendants.
                                        :
- - - - - - - - - - - - - - - - - -x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

STIPULATION OF DISMISSAL

IT ITS HEREBY STIPULATED and agreed by and between the plaintiffs Pearson Education, Inc., John Wiley & Sons, Inc., and The McGraw-Hill Companies, Inc., by their undersigned attorneys, and defendant pro se, that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above entitled action be, and hereby is, dismissed with prejudice and without costs, except that the res judicata effect of this judgment shall not extinguish any rights or obligations of the parties pursuant to their settlement

agreement executed contemporaneously herewith.

Dated:  New York, New York
        March 27, 2008

           DUNNEGAN LLC

           By _William Dunnegan_ 4/22/08
           William Dunnegan (WD9316)
           Megan L. Martin (MM4396)
           Attorneys for Plaintiffs
            Pearson Education, Inc.,
            John Wiley & Sons, Inc.,
            Cengage Learning Inc., and
            The McGraw Hill Companies, Inc.
           350 Fifth Avenue
           New York, New York 10118
           (212) 332-8300


           _[signature]_
           Ken Bieber
           c/o Damon L. Ward, Esq.
           431 South 7th Street
           Suite 2485
           Minneapolis, Minnesota 55415


_[signature]_
5/6/08

2